UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY A. LITTLE,

    Plaintiff,                         No. 19-12150

v.                                     District Judge Arthur J. Tarnow
                                       Magistrate Judge R. Steven Whalen

AMERIHEALTH CARITAS
SERVICES, LLC, ET AL.,

    Defendants.
_____/

**ORDER**

For the reasons stated on the record on April 13, 2021, Defendants' Motion to Compel Plaintiff to Supplement or Correct Discovery and for Sanctions [ECF No. 57] is GRANTED IN PART AND DENIED IN PART.

The motion is GRANTED to the extent that Plaintiff will produce, or sign releases for the production of, any application for disability at her employment subsequent to her employment at Defendant Amerihealth, and any other portions of her employment files at her subsequent employers that relate solely to a claim for disability.

In all other respects, the motion is DENIED.

IT IS SO ORDERED.

                                                         s/ R. Steven Whalen
                                                         R. STEVEN WHALEN
                                                         UNITED STATES MAGISTRATE JUDGE

Dated: April 13, 2021

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 13, 2021, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla