UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY A. LITTLE,

    Plaintiff,

v.

AMERIHEALTH CARITAS
SERVICES, LLC, *et al.*,

    Defendants.

Case No. 19-cv-12150
Hon. Matthew F. Leitman

_____/

## ORDER (1) DIRECTING SUBPOENAED NON-PARTY D'ANGELO WEBSTER TO PERSONALLY APPEAR FOR MOTION HEARING ON DEFENDANTS' MOTION FOR CONTEMPT SANCTIONS (ECF No. 84) AND (2) DIRECTING DEFENDANTS' COUNSEL TO SERVE MOTION, NOTICE OF HEARING, AND THIS ORDER ON WEBSTER

On June 16, 2022, Defendants Amerihealth Caritas Services, LLC, and Paul E. Stevenson filed a motion for contempt sanctions in this action against non-party D'Angelo Webster. (*See* Mot., ECF No. 84.)  In the motion, Defendants say that even though they have served Webster with a valid subpoena for documents, he has refused to comply with the subpoena. (*See id.*)

The Court has scheduled an in-person hearing on Defendants' motion for August 23, 2022 at 1:00 p.m. (*See* Notice of Hearing, ECF No. 86.)   The Court **ORDERS** Defendants' counsel, Plaintiff's counsel, ***and*** Webster to each personally attend the hearing on the motion for contempt sanctions.

1

By no later than **August 1, 2022**, Defendants' counsel shall serve (1) Defendants' motion for contempt sanctions (ECF No. 84), (2) the Notice of Hearing on the motion for contempt sanctions, and (3) this order on Webster by personal service.  In addition, by no later than **August 1, 2022**, Defendants' counsel shall file a proof of service on the docket confirming that counsel has served Webster with the documents identified above.

**IT IS SO ORDERED**.

Dated:  July 6, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 6, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126