UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY A. LITTLE,

    Plaintiff,

v.

Case No. 19-cv-12150
Hon. Matthew F. Leitman

AMERIHEALTH CARITAS
SERVICES, LLC, *et al.*,

    Defendant.

_____/

## **ORDER RESOLVING DEFENDANTS' OBJECTIONS (ECF Nos. 91, 92) TO MAGISTRATE JUDGE'S DISCOVERY ORDERS (ECF Nos. 30, 70)**

Now before the Court are Objections (ECF Nos. 91, 92) that Defendants filed in response to two discovery orders issued by the Magistrate Judge in this case **(ECF Nos. 30, 70)**.  The Court held a video hearing to address the Objections on January 20, 2023.

First, for the reasons stated on the record during the January 23rd hearing, Defendants' Objections (ECF No. 91) to the Magistrate Judge's Order issued on August 4, 2020 (ECF No. 30) are **OVERRULED.**  However, as explained by the Court on the record, by not later than February 3, 3023, Defendants may serve an additional round of discovery requests directed toward Plaintiff's social media accounts.

1

Second, for the reasons stated on the record during the January 23rd hearing, Defendants' Objections (ECF No. 92) to the Magistrate Judge's Order issued on April 13, 2021 (ECF No. 70) are **SUSTAINED**. Plaintiff shall execute and deliver authorizations for Defendants to obtain her personnel records from her two employers immediately before her employment with AmeriHealth, and from the two employers she worked for immediately after her employment with AmeriHealth was terminated.

    **IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: January 23, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2023, by electronic means and/or ordinary mail.

    s/Holly A. Ryan
    Case Manager
    (313) 234-5126